UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDARARAJU PERIYANNAN, Petitioner, v. JEREMY CASEY, et al., Respondents. | Case No.: 26-cv-3700-RSH-JLB **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On June 24, 2026, petitioner Sundararaju Periyannan filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. On July 17, 2026, after the Government filed a return to the Petition, this Court appointed counsel for Petitioner. ECF No. 6. On August 7, 2026, Petitioner filed an amended petition for writ of habeas corpus (the "Amended Petition"). ECF No. 13. The procedural posture of Petitioner's removal proceedings changed multiple times during the pendency of this Petition, which in turn affected the legal basis for Petitioner's continued detention. In his traverse to the Amended Petition, Petitioner informed the Court that he has filed a petition for review and motion for stay of removal with the United States Court of Appeals for the Ninth Circuit challenging the Board of Immigration Appeals' ("BIA") dismissal of Petitioner's appeal of an order of an Immigration Judge ("IJ") denying his application for asylum. ECF No. 17, at 1–2. The

Ninth Circuit subsequently granted Petitioner a temporary stay of removal. *Id.* at 2. This Court directed the Government to file a supplemental brief indicating whether the Ninth Circuit's temporary stay of removal affected its position in the instant case. ECF No. 18. In that supplemental brief, the Government maintains that Petitioner is properly detained, but does not oppose an order from this Court directing a bond hearing. *See* ECF No. 19, at 3.

In light of the Government's non-opposition, the Amended Petition is **GRANTED** as follows. The Government is directed to hold a bond hearing for petitioner Sundararaju Periyannan ***within fourteen (14) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release on the grounds that the Petition does not establish a basis to that relief.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge